# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

Robert P. Young, Jr.,
Chief Justice

146288

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                       SC: 146288
                                                       COA: 308482
                                                       Genesee CC: 11-028887-FC

MARK ANTHONY JONES, JR.,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 11, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

     CAVANAGH, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013

_____
Clerk

t0515